**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X

**IN re: MELA Sciences, Inc. Securities Litigation,**

**10 CV 08774 (VB)**

**THIS DOCUMENT RELATES TO:**

**ALL MEMBER ACTIONS**

**JUDGMENT**

---------------------------------------X

Whereas the above entitled action having been assigned to the Honorable Vincent L. Briccetti, U.S.D.J., and the Court thereafter on September 28, 2012, having handed down a Memorandum Endorsement (Docket #45), granting defendants' reinstated motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED**: that for the reasons stated in the Court's Memorandum Endorsement dated September 28, 2012, the Court deems defendants' motion to dismiss the CAC reinstated, and for the reasons set forth in the Court's September 19 Memorandum Decision, defendants' motion to dismiss the CAC is granted, therefore judgment is entered in favor of defendants' and the case is hereby closed.

**Dated: White Plains, N.Y.**
**October 2, 2012**

**Ruby Krajick - Clerk of Court**